ACCEPTED
01-14-00651-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/7/2015 4:09:48 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00651-CV

_____

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON DIVISION

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/7/2015 4:09:48 PM
CHRISTOPHER A. PRINE
Clerk

_____

IRMA K. ORTEGA,

Appellant,

v.

ERNEST DIXON MURRAH, D/B/A MURRAH PROPERTIES,

Appellee.

_____

On Appeal from the 234th Judicial District Court
Of Harris County, Texas
Trial Court Cause No. 2013-17308

_____

UNOPPOSED MOTION OF
APPELLANT, IRMA K. ORTEGA,
TO EXTEND TIME TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Appellant, IRMA K. ORTEGA, moves the Court for an extension of

time to file Appellant's Reply Brief. In support, Appellant states as follows:

Appellant's reply brief is currently due January 9, 2015.

Appellant is requesting an extension to file her reply brief, to and

including Monday, February 9, 2015.

This extension is made necessary due to Appellant's counsel's involvement in the following matter:

Preparation of Appellee's Brief in the case styled *Texas Municipal League Intergovernmental Risk Pool, Appellant v. Lloyd K. Aldridge, Appellee,* Cause No. 13-14-00670-CV, in the Court of Appeals for the Thirteenth District of Texas.

Also, Appellee filed his brief on December 22, 2014, shortly before—and for some, during—the Christmas and New Year holiday season. People in the office of counsel for Ms. Ortega who would otherwise be working on the brief, had holiday time off during that period.

This is the first extension of time requested by Appellant, Irma K. Ortega, on Appellant's Reply Brief.

Counsel for Appellee has agreed to this extension.

<u>PRAYER FOR RELIEF</u>

Appellant, Irma K. Ortega, requests that the Court grant her motion for an extension of time to file Appellant's Reply Brief to a date up to and including February 9, 2015.

Respectfully submitted,

/S/ Kurt Arbuckle_____
Kurt Arbuckle
Texas Bar No. 01284500
Kurt Arbuckle, P.C.
2121 Sage Road, Suite 100
Houston, Texas 77056
(713) 961-5353
(713) 961-5236 Fax
kurt@kurtarbuckle.com
Attorney-In-Charge for Appellant

## CERTIFICATE OF CONFERENCE

I hereby certify that on 7th day of January 2015, I conferred with counsel for Appellee concerning Appellant's request for an extension of time to file Appellant's Reply Brief.  Counsel for Appellee has agreed to the extension through and including Monday, February 9, 2015.

/S/ Kurt Arbuckle_____
Kurt Arbuckle

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b),(d),(e), I certify I have served this document on all other parties – which are listed below – on the 7th day of January 2015:

Britton B. Harris
Harris, Hilburn & Sherer
1111 Rosalie
Houston, Texas 77004

/S/ Kurt Arbuckle_____
KURT ARBUCKLE